AO 440 (8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Julianne Girard, individually, and as parent
and next friend of **Kayla Girard**, her minor daughter,

v.

**Eli Lilly and Company,**
an Indiana corporation,

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:05CV02024

JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 10/13/2005

TO: (Name and address of Defendant)

ELI LILLY AND COMPANY, an Indiana corporation
c/o Office of General Counsel
Lilly Corporate Center
307 East McCarty Street
Indianapolis, IN 46225

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA MARTIN STANFORD, ESQUIRE
Patricia Martin Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 12 2005
CLERK                                          DATE

(BY) DEPUTY CLERK



**MARION COUNTY SHERIFF**
FRANK J. ANDERSON
CIVIL DIVISION
200 EAST WASHINGTON ST SUITE 1122
INDIANAPOLIS, INDIANA 46204

TELEPHONE: (317) 231-8430

### AFFIDAVIT OF RECORD OF SERVICE

CAUSE NUMBER __05 CV 02024__    CASE NAME __Eli Lilly__

__Deputy Myers__, being duly sworn on his oath states that he/she is an authorized Deputy Sheriff for the County of Marion, State of Marion, State of Indiana. Affiant further states that he/she over twenty-one years of age and is not a party to this action or related to any party thereto. Affiant further states that he/she has reviewed the records of the Marion County Sheriff's Department and can state those records reflect that the summons and a copy of the complaint was served in the following manner:

- Served the Summons and a copy of the Complaint by reading to and within the hearing of the within named _____ and delivering to him/her a true copy of the same.
  PERSONAL SERVICE

- Served the Summons and a copy of the Complaint by leaving a true copy of the same at the last and usual place of residence of the within named _____ and by mailing a copy of said Summons to same by first class United States mail to said defendant at the below address.
  COPY SERVICE

- Served the within named __Eli Lilly__ by reading this Summons and a copy of the Complaint, and within the hearing of __Laura Lemon__, Title __representative__ of said corporation and delivering to him/her a true copy of same; he/she being the highest officer of said corporation found within his/her bailiwick. CORPORATE SERVICE

- Made a diligent search, and failed to find any of the within named defendants within his/her bailiwick
  NOT FOUND

Served at __307 E. McCarty__
on this __21__ day of __Nov__ 200__5__

at 1310

Frank J. Anderson
Sheriff of Marion County, Indiana

By __M Myers  27732__
Deputy Sheriff

Sworn to and subscribed to before me, a Notary Public, in and for Marion County, Indiana,
this __21__ day of __Nov__ 20__05__

X __Lauren Watson__
Notary Public

My commission expires: __9/26/08__
County of residence: Marion

Civil 74 (revised 12/02)