IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIANNE GIRARD, individually, and as parent and next friend of KAYLA GIRARD, her minor daughter,<br><br>        Plaintiffs,<br><br>        v.<br><br>ELI LILLY AND COMPANY, INC.,<br><br>        Defendant. | CIVIL ACTION No. 05-CV-02024 (RJL) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

ELI LILLY AND COMPANY
By its attorneys:

/s/ James J. Dillon
James J. Dillon, D.C. Bar # 485593
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: December 6, 2005

B3132362.1