UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**JULIANNE GIRARD**, individually, and
as parent and next friend of
**KAYLA GIRARD,** her minor daughter,

CIVIL ACTION NO.1:05-cv-02024-RJL

*Plaintiffs,*

vs.

**ELI LILLY AND COMPANY**, an Indiana
corporation,

*Defendant.*

_____

### [PROPOSED] SCHEDULING ORDER

It is hereby ORDERED that the following scheduled be implemented in this case:

1. Plaintiff's Rule 26(a)(2)(B) disclosure of expert testimony shall be due on or before **April 14, 2006.**

2. Defendant's Rule 26(a)(2)(B) disclosure of expert testimony shall be due on or before **May 15, 2006.**

3. All discovery will be completed on or before **August 31, 2006.** Experts may be deposed until the close of discovery.

4. Each party is limited to a maximum of 10 non-expert depositions and 25 interrogatories.

5. This case shall be referred to Magistrate Judge Alan Kay for mediation to commence after the close of discovery.

6. Dispositive motions are due on or before **September 29, 2006.**

7.      A Pretrial Conference is hereby set for **December 1, 2006, at _____ .m.**

8.      Trial by jury is scheduled beginning **January ____, 2007.**

It is so ordered for the Court.

Dated _____                    _____
                                             RICHARD J. LEON
                                             UNITED STATES DISTRICT JUDGE