UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**JULIANNE GIRARD**, individually, and
as parent and next friend of
**KAYLA GIRARD,** her minor daughter,

CIVIL ACTION NO.1:05-cv-02024-RJL

*Plaintiffs,*

vs.

**ELI LILLY AND COMPANY**, an Indiana corporation,

*Defendant.*

_____

### PLAINTIFF'S CONSENT MOTION TO ATTEND STATUS CONFERENCE BY TELEPHONE

Plaintiff hereby moves this Court to allow her counsel, PATRICIA MARTIN STANFORD, to appear via telephone at the Status Conference set for February 10, 2006, at 2:30 p.m. Plaintiff's attorney has contacted counsel for the Defendant, who consents to her appearance via telephone.

Wherefore, Plaintiff respectfully requests that PATRICIA MARTIN STANFORD be permitted to appear for the Status Conference by telephone, by either placing a call to the Court's Deputy Clerk at the time of the hearing or by being available at her office number (904-346-4215) at the appointed time, whichever is the Court's preference.

Respectfully submitted,

PATRICIA MARTIN STANFORD, P.A.

By:  s/ Patricia M. Stanford
Patricia Martin Stanford, Esquire
DC Bar #471672
3609 Hendricks Avenue
Jacksonville, FL  32207
(904) 346-4215
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court via ECF by which a notice of electronic filing will be sent to James J. Dillon, Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600, jdillon@foleyhoag.com, Attorney for Eli Lilly.

                                                   s/ Patricia M. Stanford
                                                   ATTORNEY FOR PLAINTIFFS