UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**JULIANNE GIRARD**, individually, and
as parent and next friend of
**KAYLA GIRARD,** her minor daughter,

CIVIL ACTION No.1:05-cv-02024-RJL

*Plaintiffs,*

vs.

**ELI LILLY AND COMPANY**, an Indiana
corporation,

*Defendant.*

_____

**[PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO ATTEND STATUS CONFERENCE BY TELEPHONE**

This matter came on to be heard upon the Consent Motion of Plaintiff to allow her counsel, PATRICIA MARTIN STANFORD, to appear via telephone at the Status Conference on February 10, 2006, at 2:30 p.m.

It is hereby

ORDERED that said motion is granted, and counsel for Plaintiff is permitted to attend said conference by telephone.

Dated:_____                    _____
                                         Judge Richard J. Leon
                                         United States District Judge

cc:   All counsel