UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**JULIANNE GIRARD**, individually, and as parent and next friend of **KAYLA GIRARD,** her minor daughter,

*Plaintiffs,*

vs.

**ELI LILLY AND COMPANY**, an Indiana corporation,

*Defendant.*

CIVIL ACTION NO.1:05-cv-02024-RJL

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER AND ORDER OF REFERRAL FOR MEDIATION**

Plaintiff, JULIANNE GIRARD, individually, and as parent and next friend of KAYLA GIRARD, her minor daughter, and Defendant, ELI LILLY AND COMPANY, hereby jointly move the Court to enter its Scheduling Order setting deadlines for completion of discovery, disclosure of expert testimony, filing of dispositive motions, and any other matters deemed necessary or appropriate by the Court, and to also enter its Order referring this case to mediation, and state:

1. On January 9, 2006, the parties filed their Joint 16.3 Report (Dkt. #6) and attaching thereto a proposed Scheduling Order setting forth agreed upon deadlines for the progress of the case. The Report also requested that the Court refer the case to Magistrate Judge Alan Kay for mediation to occur after the close of discovery. While these matters were discussed briefly at the Initial Scheduling Conference held by the Court on February 10, 2006, a Scheduling Order has not yet been entered.

2. Since the date of the Initial Scheduling Conference, the parties have agreed to extend their original requested deadlines by an additional thirty (30) days and hereby ask that the Court enter the attached Scheduling Order that incorporates these dates. The parties further ask that the Court enter the attached Order referring the case to Magistrate Judge Kay for mediation to occur after the close of discovery

WHEREFORE, the parties jointly request that the Court enter the attached Scheduling Order and Order referring the case to mediation.

March 2, 2006

Respectfully submitted,

PATRICIA MARTIN STANFORD, P.A.

/s/ Patricia M. Stanford

PATRICIA MARTIN STANFORD, ESQUIRE
DC Bar No. 471672
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215 Fax 904-346-4275
ATTORNEY FOR PLAINTIFFS

FOLEY HOAG LLP

/s/ James J. Dillon

JAMES J. DILLON, ESQUIRE
DC Bar No. #485593
155 Seaport Boulevard
Boston, MA 02210
617-832-1100 Fax 617-832-7000
ATTORNEYS FOR DEFENDANT