UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**JULIANNE GIRARD**, individually, and
as parent and next friend of
**KAYLA GIRARD,** her minor daughter,

                CIVIL ACTION NO.1:05-cv-02024-RJL

*Plaintiffs,*

vs.

**ELI LILLY AND COMPANY**, an Indiana
corporation,

        *Defendant.*

_____

### [PROPOSED] SCHEDULING ORDER

It is hereby ORDERED that the following schedule be implemented in this case:

1. The parties shall join other parties or amend the pleadings on or before **April 17, 2006.**

2. Plaintiff's Rule 26(a)(2)(B) disclosure of expert testimony shall be due on or before **May 15, 2006.**

3. Defendant's Rule 26(a)(2)(B) disclosure of expert testimony shall be due on or before **June 15, 2006.**

4. All discovery will be completed on or before **September 29, 2006.** Experts may be deposed until the close of discovery.

5. Each party is limited to a maximum of 10 non-expert depositions and 25 interrogatories.

6. Dispositive motions are due on or before **October 27, 2006.**

   It is so ordered by the Court.

Dated _____     _____
                                               RICHARD J. LEON
                                               UNITED STATES DISTRICT JUDGE