UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**JULIANNE GIRARD**, individually, and
as parent and next friend of
**KAYLA GIRARD,** her minor daughter,

         *Plaintiffs,*

vs.

**ELI LILLY AND COMPANY**, an Indiana
corporation,

         *Defendant.*

_____

CIVIL ACTION NO.1:05-cv-02024-RJL

### [PROPOSED] ORDER REFERRING CASE TO MEDIATION

It is hereby ORDERED that this matter is referred to Magistrate Judge Alan Kay for mediation to occur after the close of discovery.

It is so ordered by the Court.

Dated _____          _____
                                                                                   RICHARD J. LEON
                                                                                  UNITED STATES DISTRICT JUDGE