UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

JULIANNE GIRARD, individually, and
as parent and next friend of
KAYLA GIRARD, her minor daughter,

                  *Plaintiffs,*

vs.

ELI LILLY AND COMPANY, an Indiana
corporation,

                  *Defendant.*

_____

CIVIL ACTION NO.1:05-CV-02024-RJL

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT
TO JOIN ADDITIONAL PLAINTIFF**

Plaintiff JULIANNE GIRARD, individually, and as parent and next friend of KAYLA GIRARD, her minor daughter, hereby moves this Court pursuant to Rules 15(a) and 20(a), FRCP, and LCvR 7(i), for leave to file an amended complaint in the form attached hereto as Exhibit "A" so as to join her husband, Donald Girard, as an additional plaintiff, and as grounds therefor would state:

In accordance with the Joint Rule 16.3 Report and this Court's Scheduling Order, this Motion is filed within the time frame to join parties/amend pleadings (before 4/17/06). Granting the Motion and allowing the filing of the Amended Complaint is in the interests of justice and will not prejudice any party in its preparation of the case. The Amended Complaint does not change the substantive allegations of the original complaint other than to add a consortium claim and parent's derivative claim on behalf of Donald Girard. Mr. Girard was out of the country and unavailable at the time the original Complaint was filed.

Pursuant to LCvR 7(m), counsel for the Defendant, Eli Lilly & Company, has been consulted prior to the filing of this Motion and has authorized Plaintiff's counsel to advise the Court that Defendant consents to the granting of the Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter its Order granting the Consent Motion for Leave to Amend the Complaint and that the Amended Complaint attached hereto as Exhibit "A" be deemed filed as of the date of entry of the Court's Order.

Dated this 7th day of April, 2006.

Respectfully submitted,

PATRICIA MARTIN STANFORD, P.A.

/s/
PATRICIA MARTIN STANFORD, ESQUIRE
DC Bar No. 471672
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215     Fax 904-346-4275

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system by which a notice of electronic filing will be sent to James Dillon, Esquire, Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210-2600, jdillon@foleyhoag.com, Attorney for Eli Lilly and Company.

/s/
PATRICIA MARTIN STANFORD, ESQUIRE
Attorney for Plaintiffs