UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**JULIANNE GIRARD**, individually, and
as parent and next friend of
**KAYLA GIRARD,** her minor daughter,

      *Plaintiff,*

vs.

**ELI LILLY AND COMPANY**, an Indiana
corporation,
      *Defendant.*
_____

CIVIL ACTION NO.1:05-cv-02024-RJL

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

This cause arose upon the motion of the Plaintiff, JULIANNE GIRARD, individually, and as parent and next friend of KAYLA GIRARD, her minor daughter, for leave to amend the complaint to join her husband, DONALD GIRARD, as additional Plaintiff. It is hereby

ORDERED AND ADJUDGED that the motion is granted and the Amended Complaint attached to Plaintiff's Motion is deemed filed. Defendants shall plead as advised to the Amended Complaint in accordance with applicable Federal Rules.

DONE AND ORDERED in Chambers at the District of Columbia, this _____ day of _____, 2006.

               _____
               RICHARD J. LEON
               UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record