UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIANNE GIRARD, *et al*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 05-CV-02024 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Consent Motion to Transfer pursuant to 28 U.S.C. § 1404(a) and any Oppositions or Replies filed hereto, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion is hereby granted; and it is

FURTHER ORDERED that the case be transferred to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

_____            _____
DATE                             Judge Royce J. Lamberth
                                 U.S. District Judge